JOHN W. CRITTENDEN, State Bar No. 101634
FRANK B. GOLDBERG, State Bar No. 222263
COOLEY GODWARD KRONISH LLP
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

J. SCOTT GERIEN, State Bar No. 184728
MEGAN FERRIGAN HEALY, State Bar No. 229177
DICKENSON, PEATMAN & FOGARTY
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Plaintiff
SUTTER HOME WINERY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sutter Home Winery, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> The Wine Group LLC <br><br> Defendant. | CASE NO. <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br> **(LOCAL RULE 3-16)** |

1062364 v1/SF

1  CERTIFICATION OF INTERESTED
   ENTITIES OR PERSONS (LOCAL RULE 3-16)

1
2
3   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other
4   than the named parties, there is no such interest to report.
5
    Dated: November 6, 2007
6
7                                   Respectfully submitted,
8                                   COOLEY GODWARD KRONISH LLP
9
10                                  By _____
                                       John W. Crittenden
11                                     Frank B. Goldberg

12                                  101 California Street, 5th Floor
                                    San Francisco, California 94111-5800
13                                  Telephone: (415) 693-2000
                                    Facsimile: (415) 693-2222
14
15                                  J. Scott Gerien
                                    Megan Ferrigan Healy
16                                  DICKENSON, PEATMAN & FOGARTY
                                    809 Coombs Street
17                                  Napa, California 94559
                                    Telephone: 707-252-7122
18                                  Facsimile: 707-255-6876

19                                  Attorneys for Plaintiff,
                                    Sutter Home Winery, Inc.
20
21
22
23
24
25
26