1  KEVIN H. LEWIS (No. 197421)
   Email: klewis@howardrice.com
2  HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
3  A Professional Corporation
   Three Embarcadero Center, 7th Floor
4  San Francisco, California  94111-4024
   Telephone:   415/434-1600
5  Facsimile:   415/217-5910

6  Attorneys for Defendant
   THE WINE GROUP LLC
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 | SUTTER HOME WINERY, INC.,         | No. C 07 5640 BZ
13 |           Plaintiff,              | NOTICE OF APPEARANCE
                                         OF KEVIN H. LEWIS
14 |     v.
15 | THE WINE GROUP LLC,
16 |           Defendant.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that KEVIN H. LEWIS enters an appearance on behalf of Defendant THE WINE GROUP LLC in the above-captioned action. Please serve said counsel with all pleadings and notices in this action.

DATED: November 12, 2007.

KEVIN H. LEWIS
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
By:
By:           /s/
                    KEVIN H. LEWIS

Attorneys for Defendant
THE WINE GROUP LLC