J. SCOTT GERIEN, State Bar No. 184728
MEGAN FERRIGAN HEALY, State Bar No. 229177
DICKENSON, PEATMAN & FOGARTY
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

JOHN W. CRITTENDEN, State Bar No. 101634
FRANK B. GOLDBERG, State Bar No. 222263
COOLEY GODWARD KRONISH LLP
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Plaintiff
SUTTER HOME WINERY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sutter Home Winery, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> The Wine Group LLC and Supervalu Inc. <br><br> Defendants. | CASE NO. 3:07-cv-5640 <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

1  NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff, Sutter
2  Home Winery, Inc., voluntarily dismisses the above-captioned action without prejudice.

4  Dated: 2/4/08

Respectfully submitted,

DICKENSON, PEATMAN & FOGARTY

By _____
J. Scott Gerien
Megan Ferrigan Healy

809 Coombs Street
Napa, California 94559
Telephone: 707-252-7122
Facsimile: 707-255-6876

John W. Crittenden
Frank B. Goldberg
COOLEY GODWARD KRONISH LLP
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Plaintiff,
Sutter Home Winery, Inc.

NOTICE OF VOLUNTARY DISMISSAL                2
CASE NO. 3:07-cv-5640